IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN RUSSELL OLDSON,<br><br>            Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>            Respondent. | **8:19CV290**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner John Russell Oldson's correspondence dated July 7, 2020. (Filing 28.) Petitioner represents that on July 2, 2020 staff at the Nebraska Department of Correctional Services opened and inspected legal mail consisting of Respondent's Reply Brief in Petitioner's presence but did not give the materials to Petitioner stating, "[W]e'll have to do some tests on this. If everything's okay, you might get it back." (*Id.*) Petitioner states he has still not received Respondent's Reply Brief and feels the actions of the NDCS "constitute unwarranted interference in clear violation of [his] Constitutional rights." (*Id.*) The court's progression order requires Respondent to serve a copy of his reply brief on Petitioner. Upon consideration,

      IT IS ORDERED that:

      1.    On or before the close of business on Wednesday, August 5, 2020, counsel for the Respondent shall submit a response to Petitioner's correspondence (filing 28).

      2.    The clerk of the court is directed to set a pro se case management deadline using the following text: **August 5, 2020**: check for Respondent's response to Petitioner's letter.

Dated this 16th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge